STEPHEN E. POWELL, Respondent, *v.* A. & M. ROBBINS, INCORPORATED, Appellant.

*Powell v. Robbins, Inc.*, 164 App. Div. 948, affirmed.
(Argued January 31, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1914, affirming a judgment in favor

of plaintiff entered upon a verdict directed by the court
in an action to recover on a promissory note. The
answer denied that the note was made by officers of the
defendant duly authorized thereto, and that no part of
the same had been paid, pleaded payment of the said
note by means of moneys of the defendant paid by
the plaintiff as president of the defendant to himself
in the year 1909, and aggregating in all $8,526, counter-
claimed the said sum of $8,526 as moneys for which
the plaintiff was indebted to the defendant corpora-
tion by reason of the fact that the plaintiff, while act-
ing as president of defendant, received certain moneys
belonging to the defendant, aggregating in all $8,526;
that in violation of his contract of employment plaintiff
has failed to account for said moneys. The reply of the
plaintiff to defendant's counterclaim claimed that the
moneys received by him were used to cover expenses
incidental to the performance of his duties as an officer
and employee of the defendant, and denied that plaintiff
retained the moneys or refused to account for the same
to the defendant.

*Hugo Hirsh* and *Vincent L. Liebell* for appellant.

*Robert H. Elder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CAR-
DOZO, POUND and CRANE, JJ.